| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com |
| 3 | 580 California Street, Suite 1500<br>San Francisco, California 94104-1036 |
| 4 | Telephone:    415.765.9500<br>Facsimile:     415.765.9501 |
| 5 | HYONGSOON KIM (SBN 257019) |
| 6 | kimh@akingump.com<br>2029 Century Park East, Suite 2400 |
| 7 | Los Angeles, California 90067<br>Telephone:    310.229.1000 |
| 8 | Facsimile:     310.229.1001 |
| 9 | Attorneys for Defendant<br>*Samsung Electronics America, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHLA RABINOWITZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>    Defendant. | Case No. 3:14-CV-00801 JCS<br><br>**STIPULATION EXTENDING SAMSUNG ELECTRONICS AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>(Local Rule 6-1(a))<br><br>Judge:    Joseph C. Spero<br><br>Date:     N/A<br>Time:     N/A |

1 | Pursuant to Local Rule 6-1(a), this Stipulation is entered into between Plaintiff Shahla
2 | Rabinowitz ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") with
3 | reference to the following facts:

    A.    Plaintiff filed the Complaint in the above-captioned action ("Complaint") on February 21, 2014 and effected service of process on Defendant thereafter;

    B.    Defendant has requested and Plaintiff is agreeable to a 60-day extension of Defendant's time to answer, move or otherwise respond to the Complaint; and

    C.    This extension will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, that Defendant shall have up to and including May 19, 2014 to answer, move or otherwise respond to the Complaint.

Dated: March 19, 2014

ZELLE HOFMANN VOELBEL & MASON LLP

By: _____
Judith A. Zahid
Attorneys for Plaintiff
SHAHLA RABINOWITZ

Dated: March 19, 2014

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Reginald Steer
Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

Dated: 3/20/14

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

1

STIPULATION EXTENDING SAMSUNG ELECTRONICS AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT

3:14-CV-00801